IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  10-cv-02025-AP

DORA CARBAJAL,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

<u>For Plaintiff:</u>

ANN J. ATKINSON
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
AtkinsonAJ@aol.com

<u>For Defendant:</u>

JOHN F. WALSH,
United States Attorney
District of Colorado

KEVIN TRASKOS,
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-844-7278

Fax: 303-844-0770
Kevin.traskos@usdoj.gov

ANTHONY NAVARRO,
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-7278
anthony.navarro@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint was filed:**     August 23, 2010

    B. **Date Complaint was served on U.S. Attorney's office:**  September 2, 2010.

    C. **Date Answer and Administrative Record were filed:**  October 26, 2010.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief due:**    December 27, 2010

    **B.**    **Defendant's Response Brief due:**    January 26, 2011

    **C.**    **Plaintiff's Reply Brief (if any) due:**    February 10, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's statement**:

    Plaintiff does not request oral argument.

    **B.**    **Defendant's statement**

    Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

    **B.**    **( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of November, 2010.

BY THE COURT

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s *Ann J. Atkinson*
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

*s/Anthony Navarro*
By: Anthony Navarro, Esq.
Special Assistant U.S. Attorney
1001 17th St.
Denver, CO 80202
Tele: 303-844-7278
Fax: 303-844-0770
Email: anthony.navarro@ssa.gov